BULLARD & WOODSON *et al. v.* PLANTERS WAREHOUSE &C. Co.

HILL, J. This case comes within the well-settled rule that the discretion of the judge of the superior court in granting or refusing an interlocutory injunction will not be interfered with, unless abused.
*Judgment affirmed. All the Justices concur, except Evans, P. J., dissenting.*
JULY 18, 1913.

Injunction. Before Judge Graham. Bleckley superior court. April 29, 1913.

*H. F. Lawson,* for plaintiffs in error.
*Saffold & Stallings,* contra.